■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD HORSFORD, Appellant. [27 NYS3d 872]—Order, Supreme Court, New York County (Renee A. White, J.), entered on or about March 18, 2014, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant are inadequately substantiated, and are in any event outweighed by the seriousness of the underlying sex crime and defendant's prior record. Concur—Acosta, J.P., Renwick, Manzanet-Daniels, Kapnick and Webber, JJ.